IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

VERSUS                                                   CIVIL ACTION NO. 1:03cv548WJG-JMR

MARION TUCKER; CITY OF OCEAN
SPRINGS, MISSISSIPPI; MISSISSIPPI
STATE TAX COMMISSION; and
HOUNDS, INC.                                                                                 DEFENDANTS

ORDER CONFIRMING SALE

THIS MATTER is before the Court on the motion [37-1] of Plaintiff United States of America [United States], to confirm the sale of the parcel of real property here in issue [the Property] located at 309 Jamaica Drive, Ocean Springs, Jackson County, Mississippi, more fully described as follows:

> Lot 132, MAGNOLIA PARK ESTATES, according to a map of plat thereof on file and of record in the office of the Chancery Clerk of Jackson County, Mississippi, in Plat Book 13 at Page 9.

The Property was sold on June 6, 2007, by the Internal Revenue Service Property Appraisal and Liquidation Specialist (PALS) pursuant to the Judgment of Foreclosure and Sale entered on April 6, 2006, in this action.

The Court, having reviewed the record, including the United States' subject motion and the Report of Judicial Sale from PALS attached thereto, finds that the sale was in all respects legally and properly conducted.  Accordingly, it is hereby,

ORDERED AND ADJUDGED that the United States' motion [37] for confirmation of sale be, and is hereby, granted.  It is further,

ORDERED, ADJUDGED AND DECREED that the sale of the Property on June 6, 2007, be, and is hereby, confirmed.  It is further,

ORDERED AND ADJUDGED that PALS convey by Deed the Property to Van E. Howell and Adrienne Howell, the persons described as the purchasers in the Report of Judicial Sale filed in this case.

SO ORDERED AND ADJUDGED this 3rd day of October, 2007.

*Walter J. Gex III*
UNITED STATES SENIOR DISTRICT JUDGE